# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                      Case No. 19-11429

VAN DYKE PETROLEUM, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 32) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants AHD Investment, Inc., K & Son Gas Mart, LLC, MJ Gas Mart, Inc., and Regent Fuel, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant AHD Investment, Inc., in the amount of $63,234.09.

2. Plaintiff shall receive a judgment against Defendant K & Son Gas Mart, LLC, in the amount of $63,234.09.

3. Plaintiff shall receive a judgment against Defendant MJ Gas Mart, Inc., in the amount of $63,234.09.

4. Plaintiff shall receive a judgment against Defendant Regent Fuel, Inc., in the amount of $63,234.09.

Dated; January 3, 2020

                                        DAVID J. WEAVER
                                     CLERK OF THE COURT

                            S/Lisa Wagner
                            By: Case Manager and Deputy Clerk to
                                Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-11369.OUTLAW.Judgment.RMK.docx